■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE TRUJILLO, Appellant. [716 NYS2d 878] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered March 13, 1998, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his conviction is unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's identity as the perpetrator of the crime beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant received meaningful representation of counsel at trial, viewing the evidence, the law, and the circumstances of the case in totality and as of the time of representation (*see, People v Benevento,* 91 NY2d 708).

The defendant's remaining contentions are unpreserved for appellate review or without merit. Santucci, J. P., Sullivan, Altman and Krausman, JJ., concur.